808 S.E.2d 378

**The STATE, Respondent,**

v.

**Gerald BARRETT, Jr., Petitioner.**

**Appellate Case No. 2016-001306**
**Opinion No. 27752**

Supreme Court of South Carolina.

Heard November 15, 2017

Filed November 22, 2017

Appellant Defender David Alexander, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General William M. Blitch, Jr., both of Columbia, and Solicitor Isaac McDuffie Stone, III, of Bluffton, all for Respondent.

PER CURIAM:

We granted Gerald Barrett's petition for a writ of certiorari to review the court of appeals' decision in *State v. Barrett*, 416 S.C. 124, 785 S.E.2d 387 (Ct. App. 2016). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

HEARN, Acting Chief Justice, FEW and JAMES, JJ., and Acting Justices Arthur Eugene Morehead, III, and Jan B. Bromell Holmes, concur.